# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**CIVIL ACTION NUMBER: 3:25-CV-00584-CHB**

**CRAIG BARTELT ET AL**                                                              **PLAINTIFF**

**vs.**

**3M COMPANY ET AL**                                                                 **DEFENDANT**

## NOTICE

Notice is hereby given that on SEPTEMBER 10, 2025 the instant action was removed from the Jefferson Circuit Court (25-CI-005586) and filed in the Western District of Kentucky, Louisville Division and assigned Civil Action Number 3:25-CV-00584-CHB.

This 10TH day of SEPTEMBER 2025.

                JAMES J. VILT, JR., CLERK
                United States District Court
                601 W. Broadway, Room 106
                Gene Snyder, United States Courthouse
                Louisville, KY 40202
By:    /s/Daniel Tierney
                Daniel Tierney, Deputy Clerk

Copies to:    Counsel of record
                Jefferson Circuit Court Clerk