UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| CRAIG BARTELT, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> 3M COMPANY, *et al.* ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 3:25-CV-584-CHB <br><br> **ORDER OF RECUSAL** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Upon review of this matter, pursuant to 28 U.S.C. § 455, the Court must conclude that recusal in this matter is required. For this reason,

**IT IS HEREBY ORDERED** that Judge Claria Horn Boom **RECUSES** from this matter, and the action is hereby **REASSIGNED** to the docket of the Honorable David J. Hale, United States District Judge, for all further proceedings. Counsel are requested to change the civil action number to reflect the initials "DJH" on all further pleadings.

This the 11th day of September 2025.

*/s/ Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:   Counsel of Record
      Judge Hale's Case Manager